IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02861-AP

CELIA GALLEGOS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Derek W. Freeman, Esq.
Diane K. Bross, PC
5245 Centennial Blvd., Suite 103
Colorado Springs, CO 80919
(719) 634-7734
(719) 260-7734 (fax)
dfreeman@dianebrosslaw.com

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

   A.  Date Complaint Was Filed:  **November 3, 2011**

   B.  Date Complaint was Served on U.S. Attorney's Office:  **November 17, 2011**

   C.  Date Answer and Administrative Record Were Filed:  **January 17, 2012**

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7.  **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8.  **BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

   A.  Plaintiff's Opening Brief:  **March 19, 2012**

   B.  Response Brief due:  **April 18, 2012**

   C.  Reply Brief due:  **May 3, 2012**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:  **Plaintiff does not request oral argument.**

    B.    Defendant's Statement:  **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 7th day of February, 2012

                                                   BY THE COURT:

                                                   *s/John L. Kane*
                                                   U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for*　　　　　　　　　　 | JOHN F. WALSH |
| Derek W. Freeman, Esq. | United States Attorney |
| Diane K. Bross, PC | |
| 5245 Centennial Blvd., Suite 103 | WILLIAM G. PHARO |
| Colorado Springs, CO 80919 | Assistant United States Attorney |
| (719) 634-7734 | United States Attorney's Office |
| (719) 260-7734 (fax) | District of Colorado |
| dfreeman@dianebrosslaw.com | |
| | |
| Attorney for Plaintiff | *s/ Jessica Milano*　　　　　　　　　 |
| | Jessica Milano |
| (SIGNED PER ELECTRONIC | Special Assistant United States Attorney |
| AUTHORIZATION) | 1001 17th Street |
| | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |
| | |
| | Attorneys for Defendant |