**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02861-PAB

CELIA GALLEGOS,

    Plaintiff,

v.

Carolyn W. Colvin, Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 22] of Judge Philip A. Brimmer entered on September 20, 2013 it is

**ORDERED** that, this action was decided by Judge Philip A. Brimmer on Plaintiff's CELIA GALLEGOS, Social Security Appeal. The Court has ordered that the decision of the administrative Law Judge is affirmed.

Dated at Denver, Colorado this 23rd day of September, 2013.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        <u>s/Kathy Preuitt-Parks</u>
                        Kathy Preuitt-Parks
                        Deputy Clerk